**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Larry VILLAREAL, Defendant–**
**Appellant.**

**No. 09–10507**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 11, 2010.

Cody Lee Skipper, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Arthur Aguilar, Jr., Lubbock, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

---

PER CURIAM: *

The attorney appointed to represent Larry Villareal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Villareal's response to counsel's motion was untimely; thus, we need not consider it. In any event, Villareal raises only claims concerning counsel's alleged ineffective assistance in connection with the plea and sentence, but the record is insufficiently developed for this court to consider that claim. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir. 2006). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

